McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00409-SAB |
| Plaintiff, | [Citation #F4853018 CA/42] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CHARLES H. WEST, | |
| Defendant. | |

      The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00409-SAB [Citation #F4853018 CA/42] against CHARLES H. WEST without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 3, 2019                  Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                               By:    /s/ Michael G. Tierney
                                            MICHAEL G. TIERNEY
                                            Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:18-po-00409-SAB [Citation #F4853018 CA/42] against CHARLES H. WEST be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **January 4, 2019**

UNITED STATES MAGISTRATE JUDGE